IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 12-50008-004        USA v. OMAR FRIAS

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CLAY FOWLKES

Clerk: GAIL GARNER               Deft. MARK FORD

Reporter: THERESA SAWYER


**<u>SENTENCING MINUTE SHEET</u>**

On this date the above-named defendant appeared in person and
with counsel for sentencing and is sworn.

(X)  Inquiry made that defendant is not under influence of
     alcohol or drugs and is able to comprehend proceedings.
(X)  Inquiry made whether defendant is under the care of a
     physician or taking any medication and is able to
     comprehend proceedings.
(X)  Inquiry made that defendant is satisfied with counsel.
(X)  Court determined that defendant and counsel have had
     opportunity to read and discuss presentence investigation
     report.
(X)  Presentence investigation report reviewed in open court.
(X)  Court expresses final approval of plea agreement.
(X)  Government moves to amend motion for downward departure
     in open court - granted. Government to file written
     version of same of record. Court grants amended motion -
     5-level departure awarded.
(X)  Attorney for government afforded opportunity to make
     statement to court.
(X)  Counsel for defendant afforded opportunity to speak on
     behalf of defendant.
(X)  Defendant afforded opportunity to make statement and
     present information in mitigation of sentence.
(X)  Court proceeded to impose sentence as follows:

     42 months imprisonment; 3 years supervised release;
     $10,000.00 fine - interest waived.

Criminal No. 12-50008-004


    (X)   Defendant ordered to comply with standard conditions
        of supervised release.

    (X)   Defendant ordered to comply with the following special
        conditions of supervised release:

        Submit person, residence, place of employment, and
        vehicle to search upon request by USPO.

        Submit to inpatient/outpatient substance abuse
        testing/treatment as directed by USPO.


    (X)   Defendant ordered to pay total special assessment of
        $100.00 for Count 9, which shall be due immediately.

    (X)   Defendant advised of right to appeal sentence imposed.

    (X)   Defendant advised of right to apply for leave to appeal
        in forma pauperis.

    (X)   Counts 1, 8 and forfeiture allegation dismissed on motion
        by the government.

    (X)   Defendant remanded to custody of USMS.


DATE: November 26, 2012        Proceeding began: 2:54 pm

                                         ended: 3:33 pm